IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**

MAY 2 6 2010

CLIFFORD J. PROUD
U.S. MAGISTRATE JUDGE
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

UNITED STATES OF AMERICA,            )
                                     )
                  Plaintiff,         )
                                     )
vs.                                  )     CASE NUMBER _10- m- 6145- CJP_
                                     )
LOUIE GONZALEZ,                      )
                                     )
                  Defendant.         )

## CRIMINAL COMPLAINT

I, James Milner, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

On or about May 20, 2010, in Bond County, within the Southern District of Illinois,

### LOUIE GONZALEZ,

defendant herein, did knowingly escape from custody in FCI Greenville, Illinois, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of Texas, upon conviction for the commission of possession of marijuana, in violation of Title 21 United States Code, 841(a)(1); all in violation of Title 18, United States Code, Section 751(a).

I further state that I am a Deputy United States Marshall currently assigned to the Southern District of Illinois and have been so employed since May 13, 2003. This complaint is based on my personal knowledge and upon conversations with and reports of other law enforcement agencies.

1.      On January 5, 1999, U.S. District Court Judge Hilda G. Tagle in the Southern District of Texas sentenced Louie GONZALEZ (USM # 82341079, D.O.B. 12/07/1950), case number B-98-

438, to 60 months in prison and 3 years of Supervised Release for the crime of Possession of Marijuana. On March 9, 1999, GONZALEZ was moved to FCI Greenville in Greenville, Illinois.

2.      On May 20, 2010, at the direction of the Bureau of Prisons, the Correctional Systems Staff placed Louie GONZALEZ in an Archview Transport taxi and he departed FCI Greenville at 0500 hours en route to the Greyhound bus station in St. Louis, Missouri. Before departing, GONZALEZ was notified by the Correctional Systems Staff that his security status was reduced to Community Custody and approved for unescorted Furlough transfer to the Bradley Center halfway house in Michigan City, Indiana where he would finish his sentence. GONZALEZ signed his Furlough Application (Attachment A) and initialed by all of the rules of the Furlough and was advised that he was to report to the Bradley Center halfway house in Michigan City, Indiana no later than 2000 hours on May 20, 2010, and to call if there were problems.

3.      GONZALEZ is in Escape status from federal custody as he still owes 1 month on his federal time. GONZALEZ' release date is June 20, 2010. GONZALEZ has been in FCI Greenville 3 times and RRC prior this occation.

4.      Based on the above information, I believe that there is probable cause to believe that Louie Gonzalez has committed the crime of Escape in violation of Title 18, United States Code, Section 751(a).

5.      Your Affiant swears that the aforementioned facts are true and correct.

FURTHER AFFIANT SAYETH NAUGHT.

JAMES MILNER
Deputy United States Marshal

2

State of Illinois       )
                        ) SS.
County of Madison       )

Sworn to before me and subscribed in my presence on the 26th day of _May_,

2010, at East St. Louis, Illinois.

CLIFFORD J. PROUD
United States Magistrate Judge

A. COURTNEY COX
United States Attorney

KELLY B. LAKE
Assistant United States Attorney

3